**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01934-RPM-MJW

KENDRA COOLEY,

       Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC, a New York limited liability company,

       Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

DATED: September 4th, 2009

       BY THE COURT:

       s/Richard P. Matsch
       _____
       Richard P. Matsch, Senior District Judge